**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| MARIA MYERS, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONEYBEE,<br><br>Defendant. | Case No.: 16-cv-50128 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41**

COMES NOW Plaintiff Maria Myers and files this Notice of Voluntary Dismissal Without Prejudice. Plaintiff respectfully requests that all of her claims and causes of action and any class claims of non-parties against Defendant be dismissed without prejudice, and that the case be closed.

Respectfully submitted,

Dated: June 23, 2016

*/s/ Jeffrey M. Salas*
By: Jeffrey M. Salas
**SALAS WANG LLC**
155 N. Wacker, Suite 4250
Chicago, Illinois 60606
Telephone: (312)803-4963

Dated: June 23, 2016

*/s/ Ronald A. Marron*
By: Ronald A. Marron
**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (CA Bar No. 175650)
ALEXIS WOOD (CA Bar No. 270200)

KAS GALLUCCI (CA Bar No. 288709)
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

***Attorneys for Plaintiff and the Proposed Class***